NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZHAOYOU CHEN,**

*Plaintiff-Appellee*

**v.**

**PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, et al.,**

*Defendants*

**KIFIRAY, TIGEJOY, BYOFI, GULREAR, HAIKUNG, LINSTOCK, RICHCAT, SECURE4U, WIKT, YINYOHOME,**

*Defendants-Appellants*

---

2025-1049

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:24-cv-07164, Judge Sara L. Ellis.

---

**ON MOTION**

---

**O R D E R**

2   CHEN v. PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS

Upon consideration of the parties' stipulated dismissal, with each side to bear its own costs, under Rule 42(b)(1) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.  Each side shall bear its own costs.

(2)  Any pending motion is denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 20, 2024
                Date

ISSUED AS A MANDATE: November 20, 2024